# IIN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          No. 2:08-cr-00481-05-MCE

v.          **ORDER**

**BI XIA NI**

_____/

Defendant's Motion to Allow Travel, and same is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: May 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE