## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

UNITED STATES OF AMERICA

VS.                                               CAUSE NUMBER: 2:08-CR-00481(05)

BI XIA NI

### O R D E R

The Court Grants Defendant's Motion to Travel.  Defendant Ni is hereby granted permission to travel to China to seek medical attention.  Defendant shall return to the United States no later than November 30, 2010.

IT IS SO ORDERED.

DATED: July 1, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE